# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVEN HOWSER,<br><br>　　　　　　Defendant. | Case No. 16CR1410-H<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

GOOD CAUSE APPEARING and after review of Defendant Steven Howser's ("Defendant") motion (Doc. No. 22), IT IS HEREBY ORDERED that the Defendant's pretrial release conditions are modified to permit the Defendant to travel to State of Hawaii from November 11, 2016 through November 19, 2016. The Defendant is to contact his pretrial services officer before departing and upon his return. All other conditions of pretrial release as previously ordered by Magistrate Judge Barbara Lynn Major and this Court remain in effect and in full force. The Court reserves the right to revoke this order should the Defendant demonstrate non-compliance with the terms and conditions of his pretrial release.

IT IS SO ORDERED.

DATED: October 12, 2016

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-